### Linda D. JONES, Respondent,

v.

### Miles J. JONES, M.D., Appellant.

#### No. WD 72352.

Missouri Court of Appeals, Western District.

March 29, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2011.

Steven D. Wolcott, Liberty, MO, for Appellant.

Carrie E. Martsching, Liberty, MO, for Respondent.

Before Division II: KAREN KING MITCHELL, Presiding Judge, and JOSEPH M. ELLIS and VICTOR C. HOWARD, Judges.

#### Order

PER CURIAM:

Miles J. Jones appeals the judgment of the Circuit Court of Clay County, Missouri, dissolving his marriage to Linda D. Jones, dividing the marital property and debts, and awarding Wife maintenance.

We affirm the judgment of the trial court. Rule 84.16(b).